909 A.2d 722

STATE OF NEW JERSEY, PLAINTIFF–CROSS–PETITIONER,
v. CHARMAINE DANIELS, DEFENDANT–CROSS–
RESPONDENT.

October 12, 2006.

ORDERED that the cross-petition for certification is granted, the judgment of the Appellate Division, Superior Court in respect of defendant's seven-year sentence on count two is summarily reversed, and the sentence is reinstated.  See *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

909 A.2d 722

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RICO A. NORMAN, DEFENDANT–PETITIONER.

October 12, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant in respect of his third-degree conviction, and the matter is summarily remanded to the trial court for resentencing on that count in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).